No. 35,749

ALVIN FISCHER, *Appellee*, v. MAGNOLIA PETROLEUM COMPANY,
*Appellant*.

(137 P. 2d 139)

Opinion
on rehearing filed May 8, 1943. (See
*ante*, p. 367, 133 P. 2d, 95.)

*R. C. Russell*, of Great Bend, argued the cause, and *John Henry Lewis*,
*Isabel Obee*, both of Great Bend, *George C. Spradling* and *George Stallwitz*,
both of Wichita, were on the briefs for the appellant.

*Evart Garvin*, of St. John, argued the cause, and *Morris Garvin* and *Harry*
*G. Wiles*, both of St. John, were on the briefs for the appellee.

OPINION ON REHEARING

The opinion of the court was delivered by

HOCH, J.: Rehearing having been granted and had in this case,
the issues have been again carefully considered, and the court ad-
heres to the decision and opinion heretofore filed on January 23,
1943, *ante*, p. 367.

HARVEY, J., adheres to his prior dissent.